UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20148-SCOLA

UNITED STATES OF AMERICA

vs.

AMAURIS WISKY,

    Defendant.
_____/

## FACTUAL PROFFER

Defendant, AMAURIS WISKY (hereinafter referred to as "Defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt, the following facts pertaining to conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b).

1. On or about March 20, 2022, a Dominican Republic Marine Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 85 nautical miles south of Santo Domingo, Dominican Republic (DR), in international waters, displaying no indicia of nationality, and upon the high seas. HNLMS FRIESLAND with embarked USCG Law Enforcement Detachment was patrolling near the area and diverted to investigate. Once in the vicinity, FRIESLAND launched its small boat with embarked USCG boarding team.

2. Subsequently, the USCG boarding team made contact with the GFV and observed the crew jettisoning packages into the water. Soon after, the GFV became dead in the water and the USCG boarding team gained positive control of the vessel without use of force.

3. The USCG boarding team reported three persons on board who were later identified

as Amauris WISKY, Alexander Antonio ESCALANTE OROZCO, and Joselito SARMIENTO CARRENO.

4. When asked, none of the defendants claimed to be the master of the vessel. However, WISKY made a claim of Colombian nationality for the GFV. The government of Colombia was contacted and stated that they could neither confirm nor deny registration of the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

5. The USCG boarding team recovered 30 bales with a total sea weight of approximately 600 kilograms of suspected cocaine. Two field tests were conducted on the contraband which yielded positive results for cocaine. All three individuals, along with the suspected cocaine, were transferred to the FRIESLAND.

6. The volume and packaging of the narcotics in this case, as well as the means of transportation, are all consistent with the intent to distribute.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 10/20/2022      By: *Michele Vigilance*
                          MICHELE S. VIGILANCE
                          ASSISTANT UNITED STATES ATTORNEY

Date: 10/25/22       By: _____
                          ERIC COHEN
                          ATTORNEY FOR THE DEFENDANT

Date: 10/25/22       By: *Amauris Wisky*
                          AMAURIS WISKY
                          DEFENDANT

2